IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW2:12CR22-001 |
| | ) | |
| AMANDA LEIGH SMOKER, | ) | (Financial Litigation Unit) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EASTERN BAND OF CHEROKEE INDIANS, | ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 41) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 33) against Defendant Amanda Leigh Smoker is **TERMINATED.**

Signed: January 5, 2023

W. Carleton Metcalf
United States Magistrate Judge